UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:14-cv-00825-JRG-RSP |
| v. | § § | LEAD CASE |
| AMAZON.COM, INC. | § § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:14-cv-00834-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA INC. and FUTUREWEI TECHNOLOGIES INC. | § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE BY KELLY P. CHEN

Please take notice that the undersigned hereby enters an appearance as counsel for and on behalf of Huawei Technologies Co., Ltd., Huawei Device USA Inc. and Futurewei Technologies Inc. ("Huawei") and hereby requests, pursuant to Federal Rules of Civil Procedure (the "Rules"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

Kelly P. Chen
Texas State Bar No. 24062664
kchen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Ste. 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

Respectfully submitted,

*/s/ Kelly P. Chen*
**JAMIL N. ALIBHAI**
Texas State Bar No. 00793248
jalibhai@munckwilson.com
**ROBERT D. MCCUTCHEON**
Texas State Bar No. 00789480
rmccutcheon@munckwilson.com
**KELLY P. CHEN**
Texas State Bar No. 24062664
kchen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Ste. 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF to all counsel of record in accordance with the Federal Rules of Civil Procedure on October 16, 2014.

*/s/ Kelly P. Chen*
Kelly P. Chen