**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>    *Plaintiff,*<br><br>  v.<br><br>**AMAZON.COM, INC.,**<br><br>    *Defendant.* | **Civil Action No. 2:14-cv-825**<br>**LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>    *Plaintiff,*<br><br>  v.<br><br>**TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,**<br><br>    *Defendant.* | **Case No. 2:14-CV-00843-JRG-RSP** |

**ORDER GRANTING JOINT MOTION TO SUBSTITUTE TOSHIBA
AMERICA INFORMATION SYSTEMS, INC. FOR
<u>TOSHIBA AMERICA, INC.</u>**

NOW before the Court is the "Joint Motion to Toshiba America, Inc. for Toshiba America Information Systems, Inc." filed by Plaintiff Multiplayer Network Innovations, LLC ("MNI"), Defendant Toshiba America, Inc. ("TAI"), and Proposed Substitute-Defendant Toshiba America Information Systems, Inc.

For good cause shown the Court finds that the Motion should be and hereby is GRANTED.

It is ORDERED as follows:

(1)    Toshiba America Information Systems, Inc. shall be substituted as a named defendant in the Complaint, and all allegations against Toshiba America, Inc. shall be deemed alleged against Toshiba America Information Systems, Inc.

(2) Toshiba America Information Systems, Inc.'s response to the Complaint shall be due on or before October 15, 2014; and

(3) Toshiba America, Inc. shall not be required to respond to the Complaint filed on August 6, 2014, and MNI shall not seek a default judgment against Toshiba America, Inc.

**SIGNED this 21st day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE