**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil Action No. 2-14-cv-00825-JRG-RSP<br><br>LEAD CONSOLIDATED CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>OL2, INC.,<br><br>        Defendant. | Civil Action No. 2-14-cv-00840-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Defendant OL2, Inc. hereby notifies the Court that J. Jason Lang of the law firm Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 is appearing as counsel for OL2, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

| | |
|---|---|
| Date: October 22, 2014 | Respectfully submitted,<br><br>By: */s/ J. Jason Lang*<br>J. Jason Lang<br>California State Bar No. 255642<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: (650) 802-3000<br>Fax: (650) 802-3100<br>jason.lang@weil.com<br><br>*Attorney for Defendant*<br>OL2, INC. |

1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 22nd day of October, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ J. Jason Lang*
J. Jason Lang