**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC** | § § § § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:14-CV-825 |
| **AMAZON.COM, INC.** | § § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Benjamin J. Fox of Morrison & Foerster LLP enters his appearance on behalf of Defendant Konami Digital Entertainment, Inc. in this matter as additional counsel.

Benjamin J. Fox may receive all communications from the Court and from other parties at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California, 90017; Telephone: (213) 892-5200; Facsimile: (213) 892-5454; e-mail: BFox@mofo.com.

Dated: October 28, 2014

Respectfully submitted,

*/s/ Benjamin J. Fox*
Benjamin J. Fox
CA State Bar No. 193374
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
Email: BFox@mofo.com

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of October, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/  Benjamin J. Fox*
                                                Benjamin J. Fox