IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § | |
| | § | Civil Action No. 2:14-CV-00825-JRG-RSP |
| Plaintiff, | § § | PATENT CASE |
| v. | § § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., ET AL., | § § | LEAD CASE |
| Defendants. | § § | |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § | |
| | § | Civil Action No. 2:14-CV-00844-JRG-RSP |
| Plaintiff, | § § | PATENT CASE |
| v. | § § | JURY TRIAL DEMANDED |
| ZTE CORPORATION, ET AL., | § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF JACQUELINE MIKYOUNG LEE

ZTE (USA) Inc. files this Notice and informs the Court that Jacqueline Mikyoung Lee hereby enters her appearance as counsel in this matter for ZTE (USA) Inc. on this 28th day of October, 2014.

DATED: October 28, 2014

                                              Respectfully submitted,

                                               /s/ Jacqueline M. Lee
                                              Everett Upshaw
                                              State Bar of Texas No. 24025690
                                              everettupshaw@everettupshaw.com
                                              Jacqueline M. Lee
                                              jacquelinelee@everettupshaw.com

**UPSHAW PLLC**
811 S. Central Expressway, Suite 307
Richardson, Texas 75080
P: (972) 920-8000
F: (972) 920-8001

***ATTORNEYS FOR DEFENDANT
ZTE (USA) INC.***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 28th day of October, 2014.

                                */s/ Jacqueline M. Lee*
                                Jacqueline M. Lee