# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC** | § § § § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:14-CV-825 |
| **AMAZON.COM, INC.** | § § | LEAD CASE |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendant OL2, Inc. in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: October 29, 2014                      Respectfully submitted,

                                                   */s/ Melissa R. Smith*
                                                 Melissa R. Smith
                                                 State Bar No. 24001351
                                                 GILLAM & SMITH, LLP
                                                 303 South Washington Avenue
                                                 Marshall, Texas 75670
                                                 Telephone:  (903) 934-8450
                                                 Facsimile:  (903) 934-9257
                                                 Email:  melissa@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 29th day of October, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/  Melissa R. Smith*
        Melissa R. Smith