**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant.* | **Case No. 2:14-CV-825-JRG-RSP<br>LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HEWLETT-PACKARD COMPANY,**<br><br>*Defendant.* | **Case No. 2:14-CV-832-JRG-RSP** |

## ORDER OF DISMISSAL

CAME ON FOR CONSIDERATION, Plaintiff Multiplayer Network Innovations, LLC's ("MNI" or Plaintiff") and Hewlett-Packard Company's ("HP") Joint Motion to Dismiss. Finding it meritorious, it is hereby GRANTED.

IT IS HEREBY ORDERED that: (i) all of MNI's claims in this action against Hewlett-Packard Company shall be dismissed with prejudice, (ii) all of Hewlett-Packard Company's counterclaims in this action shall be dismissed without prejudice, and (iii) each Party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED this 29th day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE