**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| MULTIPLAYER NETWORK INNOVATIONS, LLC, Plaintiff, v. | § § § § § | |
|---|---|---|
| AMAZON.COM, INC., et al. | § § | CASE NO. 2:14-CV-825 **LEAD CASE** |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendants ASUSTeK Computer, Inc. and ASUS Computer International and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of ASUSTeK Computer, Inc. and ASUS Computer International.

Date: October 30, 2014

Respectfully submitted,

Michael C. Smith
michaelsmith@siebman.com
State Bar No. 18650410
SIEBMAN, BURG, PHILLIPS, & SMITH
113 East Austin Street
Marshall, Texas 75670
Tel: 903.938.8900
Fax: 972.767.4620

ATTORNEYS FOR DEFENDANTS
ASUSTEK COMPUTER, INC. AND ASUS
COMPUTER INTERNATIONAL

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this the 30th day of October, 2014.

_____
Michael C. Smith