IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>　　*Plaintiff,*<br><br>　v.<br><br>**AMAZON.COM, INC.,**<br><br>　　*Defendant.* | Civil Action No. 2:14-cv-825<br>**LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>　　*Plaintiff,*<br><br>　v.<br><br>**WMS GAMING, INC.,**<br><br>　　*Defendant.* | Civil Action No. 2:14-cv-848 |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Multiplayer Network Innovations, LLC's claims in this action against WMS Gaming, Inc. shall be dismissed with prejudice and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is Ordered to close Case No. 2:14-cv-848 but the lead case shall remain open.

**SIGNED this 31st day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE