IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Multiplayer Network Innovations, LLC, | § | |
| | § | Civil Action No. 2:14-cv-825-JRG-RSP |
| Plaintiff, | § | LEAD CONSOLIDATED CASE |
| | § | |
| v. | § | |
| | § | |
| Amazon.com, Inc. | § | |
| Barnes & Noble, Inc., | § | 2:14-cv-830-JRG-RSP |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Barnes & Noble, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Allen F. Gardner of the firm Potter Minton, PC, 110 North College, Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Barnes & Noble, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 31, 2014

Respectfully submitted,

By: */s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903 597 8311
903 593 0846 (Facsimile)

ATTORNEYS FOR DEFENDANT
BARNES & NOBLE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 31, 2014.

<u>/s/Allen F. Gardner</u>