**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Multiplayer Network Innovations, LLC, ) ) ) Plaintiff, ) ) v. ) ) Amazon.com, Inc. et al., ) ) Defendant. ) | Case No. 2:14-cv-825-JRG-RSP <br><br> LEAD CASE |
| Multiplayer Network Innovations, LLC, ) ) ) Plaintiff, ) ) v. ) ) WMS Gaming, Inc., ) ) Defendant. ) | Case No. 2:14-cv-848-JRG-RSP <br><br> CONSOLIDATED |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Local Rule CV-11(f), counsel for Defendant WMS Gaming, Inc. respectfully requests termination of electronic notices in the above-entitled and numbered civil actions. The Order of Dismissal was recently granted at Dkt. No. 17 in Case No. 2:14-cv-848-JRG-RSP and Dkt. No. 78 in Case No. 2:14-cv-825-JRG-RSP.

Respectfully submitted,

*/s/ Natalie A. Bennett*
Natalie A. Bennett
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8111

*Attorneys for Defendant WMS Gaming, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2014, the foregoing was electronically filed with the CM/ECF system, which will send a notification of such filing to all counsel of record.

            */s/ Natalie A. Bennett*
            Natalie A. Bennett