**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISIONS**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Civil Action No. 2:14-cv-00825-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMAZON.COM, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com, Inc. states that it is a non-governmental corporate party that has no corporate parent company, and no publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Respectfully submitted,

Dated: November 3, 2014   By:   /s/ *Todd M. Siegel*
Todd M. Siegel (OR Bar No. 001049)
todd.siegel@klarquist.com
James E. Geringer (OR Bar No. 951783)
james.geringer@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*COUNSEL FOR DEFENDANT*
*AMAZON.COM, INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 3, 2014 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

/s/ *Todd M. Siegel*