IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, § § § § Plaintiff, § vs. § AMAZON.COM, INC., § § Defendant. § | § § § § § § § § § § § | Case No. 2:14-cv-825-JRG-RSP LEAD CASE JURY TRIAL DEMANDED |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, Plaintiff, vs. LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., Defendants. | § § § § § § § § § § § § | Case No. 2:14-cv-835-JRG-RSP JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. file this Notice of Appearance, and hereby notify the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for LG Electronics, Inc. and LG Electronics U.S.A., Inc. in the above-referenced matter.

Dated: November 4, 2014                               Respectfully submitted,

                                                                          */s/ Jennifer Parker Ainsworth*
                                                                          Jennifer Parker Ainsworth
                                                                          Texas State Bar No. 00784720
                                                                          WILSON, ROBERTSON & CORNELIUS, P.C.
                                                                          909 ESE Loop 323, Suite 400
                                                                          P.O. Box 7339 [75711]
                                                                          Tyler, Texas 75701
                                                                          Telephone: 903-509-5000
                                                                          Facsimile: 903-509-5092
                                                                          jainsworth@wilsonlawfirm.com

                                                                          Gaspare J. Bono
                                                                          R. Tyler Goodwyn, IV
                                                                          John W. Lomas, Jr.
                                                                          MCKENNA LONG & ALDRIDGE LLP
                                                                          1900 K Street, N.W.
                                                                          Washington, D.C. 20006
                                                                          Telephone: 202-496-7500
                                                                          Facsimile: 202-496-7756
                                                                          gbono@mckennalong.com
                                                                          tgoodwyn@mckennalong.com
                                                                          jlomas@mckennalong.com

                                                                          ATTORNEYS FOR DEFENDANTS
                                                                          LG ELECTRONICS, INC. AND
                                                                          LG ELECTRONICS U.S.A., INC.

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 4th day of November, 2014.

                                                                           */s/ Jennifer P. Ainsworth*
                                                                           Jennifer P. Ainsworth