IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
|---|---|---|
| v. | § § | Case No. 2:14-cv-825 [JRG/RSP] LEAD CASE |
| AMAZON.COM, INC. | § | |
| BARNES & NOBLE, INC. | § § | 2:14-cv-830 [JRG/RSP] |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Barnes & Noble, Inc. files this Notice of Appearance of Counsel and hereby notifies the Court that Melissa Baily of the law firm Quinn Emanuel, 50 California St., 22nd Floor, San Francisco, CA 94111 is appearing as counsel for Defendant Barnes & Noble, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 4, 2014

Respectfully submitted,

By: */s/ Melissa Baily*
Melissa Baily
melissabaily@quinnemanuel.com
QUINN EMANUEL
50 California St., 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

**ATTORNEY FOR DEFENDANT
BARNES & NOBLE, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 4, 2014.

                                                  */s/ Melissa Baily*
                                                  Melissa Baily