IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § § § § | Case No. 2:14-CV-825-JRG-RSP LEAD CASE |
| v. | | |
| AMAZON.COM, INC., | | |

## ORDER

Before the court is Multiplayer Network Innovations, LLC and NVIDIA Corporation ("Moving Parties"), Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 83, filed November 3, 2014). The Court, having considered the Moving Parties' present motion and their specific statement that the "all matters in controversy between the parties have been settled, in principle," finds that the motion should be **GRANTED-IN-PART**, as follows:

- **IT IS ORDERED** that the deadlines between the Moving Parties are stayed until December 5, 2014 pending final settlement; and

- **IT IS ORDERED** that, if the Moving Parties have not filed a joint motion to dismiss after December 5 2014, counsel for the Moving Parties will appear for a hearing before the Court on Wednesday, December 10, 2014, at 9:00 a.m.

**SIGNED this 4th day of November, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE