IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § § § § § | Case No. 2:14-CV-825-JRG-RSP LEAD CASE |
| v. | | |
| AMAZON.COM, INC., | | |

## UNOPPOSED MOTION OF HUAWEI DEVICE USA INC. AND HUAWEI DEVICE CO., LTD., FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Before the court is Huawei Device USA Inc. and Huawei Device Co., Ltd. (collectively, "Huawei Defendants") Unopposed Motion for Extension of Time to Respond to First Amended Complaint for Patent Infringement ("Motion"). Because the Huawei Defendants' proposed order is deficient, the Motion is **DENIED**.

To the extent necessary, the parties may refile their Motion with an accompanying corrected proposed order. Pursuant to the Court's Consolidation Order (Case No. 2:14-cv-834, Dkt. No. 14), any future filings (except relating to venue) shall be filed in the LEAD CASE.

**SIGNED this 5th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE