# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISIONS

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No. 2:14-cv-00825-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF
## COUNSEL FOR DEFENDANT AMAZON.COM, INC.

Notice is hereby given that the undersigned attorney, Carla Todenhagen, of the law firm Klarquist Sparkman, LLP, enters her appearance in this matter as counsel for Defendant Amazon.com, Inc. for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

Dated: November 5, 2014  By:  */s/Carla Todenhagen*
Todd M. Siegel (OR Bar No. 001049)
todd.siegel@klarquist.com
James E. Geringer (OR Bar No. 951783)
james.geringer@klarquist.com
Carla Todenhagen (OR Bar No. 065283)
carla.todenhagen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*COUNSEL FOR DEFENDANT
AMAZON.COM, INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 5, 2014 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

*/s/Carla Todenhagen*
Carla Todenhagen

1