# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § § § | **Civil Action No. 2:14-CV-00825-JRG-RSP** |
| Plaintiff, | § § | |
| v. | § § | |
| **AMAZON.COM, INC., ET AL.,** | § § | **LEAD CASE** |
| Defendants. | § § | |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § § | **Civil Action No. 2:14-CV-00844-JRG-RSP** |
| Plaintiff, | § § § | |
| v. | § § | |
| **ZTE CORPORATION, ET AL.,** | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ZTE CORPORATION UNDER FED. R. CIV. P. 41(a) (1)(A)(i)

Having found that ZTE Corporation has not answered or moved for summary judgment in this matter, the Unopposed Motion of Plaintiff Multiplayer Network Innovations, LLC ("MNI") for the Dismissal of ZTE Corporation under Fed. R. Civ. P. 41(a)(1)(A)(i) shall be, and hereby is, GRANTED.

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), all of MNI's claims against ZTE Corporation in this action are hereby Dismissed Without Prejudice.

The Clerk is Ordered to close Case No. 2:13-cv-844-JRG-RSP, but the lead case shall remain open.

ITS IS SO ORDERED.

**SIGNED this 10th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE