# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | |
| *Plaintiff,* | **Civil Action No. 2:14-cv-825 LEAD CASE** |
| **v.** | **JURY TRIAL DEMANDED** |
| **AMAZON.COM, INC.,** | |
| *Defendant.* | |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | |
| *Plaintiff,* | **Civil Action No. 2:14-cv-837** |
| **v.** | **JURY TRIAL DEMANDED** |
| **NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,** | |
| *Defendants.* | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Dghqtg"yj g"Eqwtv"ku"yj g"Rnckpwkhu'Uvkrwncvkqp"qh"Fkuo kuucri'qh"Fghpf cpv'P kpvgpf q"qh"Co gtkec"Kpe0 cpf "P kpvgpf q"Eq0"NVF "*F m0"P q0: 8+0Pursuant to Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Multiplayer Network Innovations, LLC's claims in this action against Nintendo of America Inc. and Nintendo Co., Ltd. shall be dismissed without prejudice and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 13th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE