AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED-CLERK
2014 NOV 19 PM 1:50
TX EASTERN-MARSHALL

Multiplayer Network Innovations, LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:14-cv-825
Amazon.com, Inc. )
)
)
)
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com, Inc.
c/o Secretary of State - Texas
1019 Brazos Street
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elizabeth L. DeRieux
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/5/14

*Signature of Clerk or Deputy Clerk*

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

November 12, 2014

Elizabeth L DeRieux
Capshaw DeRieux LLP
114 E. Commerce Ave.
Gladewater, TX 75647

**2014-243189**
Include reference number in all correspondence

RE: Multiplayer Network Innovations, LLC vs. Amazon.com, Inc.
    United States District Court Eastern District of Texas
    Cause No: 214CV825

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,



Venita Okpegbue
Service of Process

Enclosure



# The State of Texas
## Secretary of State

2014-243189-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Original Complaint in the cause styled:

> Multiplayer Network Innovations, LLC vs. Amazon.com, Inc.
> United States District Court Eastern District of Texas
> Cause No: 214CV825

was received by this office on August 7, 2014, and that a copy was forwarded on August 26, 2014, by CERTIFIED MAIL, return receipt requested to:

> Amazon.com, Inc.
> Agent, Corporation Service Company
> 2711 Centerville Road, Suite 400
> Willimington, DE 19808

The RETURN RECEIPT was received in this office dated August 29, 2014, According to the USPS.Com Track & Confirm, the item was delivered.



Date issued: November 12, 2014

*Nandita Berry*

Nandita Berry
Secretary of State

CT/vo