IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>*Defendant.* | Case No. 2:14-CV-825-JRG-RSP<br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA INC. and FUTUREWEI TECHNOLOGIES INC.<br><br>*Defendants.* | Civil Action No. 2:14-cv-834<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON FOR CONSIDERATION, Plaintiff Multiplayer Network Innovations, LLC's ("MNI" or Plaintiff") Unopposed Motion to Dismiss (Dkt. No. 116). Finding it meritorious, it is hereby GRANTED.

IT IS HEREBY ORDERED that: (i) all of MNI's claims in this action against Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies Inc. shall be dismissed with prejudice, (ii) all of Defendants Huawei Technologies Co., Ltd.'s and Futurewei Technologies Inc.'s counterclaims in this action shall be dismissed without prejudice, and (iii) each Party shall

bear its own costs, expenses, and attorneys' fees. Defendant Huawei Device USA Inc. remains a party in this matter.

**So Ordered and Signed on this**

**Nov 25, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE