UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § | Civil Action No. 2:14-cv-00825-JRG-RSP |
| v. | § § | LEAD CASE |
| AMAZON.COM, INC. | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § | Civil Action No. 2:14-cv-00834-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| HUAWEI DEVICE USA, INC. | § § | |
| Defendant. | § § § | |

**DEFENDANT HUAWEI DEVICE USA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei Device USA, Inc. states that it is a wholly-owned subsidiary of Huawei Device (Hong Kong) Co., Limited. No publicly-held company owns 10% or more of Huawei Device USA, Inc.'s stock.

Respectfully submitted,

*/s/ Kelly P. Chen*
**JAMIL N. ALIBHAI**
Texas State Bar No. 00793248
jalibhai@munckwilson.com
**ROBERT D. MCCUTCHEON**
Texas State Bar No. 00789480
rmccutcheon@munckwilson.com
**KELLY P. CHEN**
Texas State Bar No. 24062664
kchen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Ste. 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

**COUNSEL FOR DEFENDANT
HUAWEI DEVICE USA, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF to all counsel of record in accordance with the Federal Rules of Civil Procedure on November 26, 2014.

*/s/ Kelly P. Chen*
Kelly P. Chen