# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant.* | **Case No. 2:14-CV-825-JRG-RSP**<br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HUAWEI DEVICE USA, INC.,**<br><br>*Defendant.* | **Case No. 2:14-CV-834-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF MULTIPLAYER NETWORK INNOVATIONS, LLC'S ANSWER TO DEFENDANT HUAWEI DEVICE USA, INC.'S COUNTERCLAIMS

Plaintiff Multiplayer Network Innovations, LLC ("MNI"), by and through its undersigned attorneys, answers the counterclaims of Defendant Huawei Device USA, Inc. ("Huawei" or "Defendant") by corresponding paragraph number as follows:

### THE PARTIES

1. Admitted.
2. Admitted.

## JURISDICTION AND VENUE

3. MNI admits that jurisdiction is proper under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.*, and 28 U.S.C. §§ 1331, 332, and 1338. Further, MNI admits that the counterclaims include claims for declaratory judgment of patent non-infringement and patent invalidity; however, MNI denies that Huawei is entitled to any such relief.

4. Admitted.

5. Admitted.

## GENERAL ALLEGATIONS

6. Admitted.

7. Admitted.

8. Admitted.

## COUNT I

(Declaration of Non-Infringement of the '045 Patent)

9. MNI incorporates its responses to paragraphs 1-8 of Huawei's counterclaims as if fully set forth herein.

10. Denied.

11. Denied.

## COUNT II

(Declaration of Invalidity of the '045 Patent)

12. MNI incorporates its responses to paragraphs 1-11 of Huawei's counterclaims as if fully set forth herein.

13. Denied.

14. Denied.

## DEMAND FOR JURY TRIAL

MNI demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, MNI prays that this Court will:

A. Dismiss Huawei's counterclaims against MNI with prejudice;

B. Hold that Huawei is not entitled to any relief, whether in law, equity, or otherwise, on its counterclaims against MNI;

C. Declare that Huawei has infringed and does infringe one or more claims of the '045 Patent;

D. Declare that the claims of the '045 Patent are valid and enforceable;

E. Award MNI any other relief, in law and in equity, to which the Court finds MNI is justly entitled.

Dated: November 26, 2014

Respectfully submitted,

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Of Counsel:
Marc A. Fenster,
CA SB No. 181067
Dorian S. Berger
CA SB No. 264424
Daniel P. Hipskind
CA SB No. 266763
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@rawklaw.com
E-mail: dberger@raklaw.com
E-mail: dhipskind@raklaw.com

*Attorneys for Plaintiff,*
*Multiplayer Network Innovations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of November, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux