**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant*. | **Case No. 2:14-CV-825-JRG-RSP<br>LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CANTOR FITZGERALD, L.P. and CANTOR G&W (NEVADA), L.P.,**<br><br>*Defendants*. | **Case No. 2:14-CV-845** |

**ORDER GRANTING PLAINTIFF MULTIPLAYER NETWORK INNOVATIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CANTOR FITZGERALD, L.P.'S AND CANTOR G&W (NEVADA), L.P.'S MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY**

CAME ON FOR CONSIDERATION, Plaintiff Multiplayer Network Innovations, LLC's Unopposed Motion for Extension of Time to File Response to Cantor Fitzgerald, L.P.'s and Cantor G&W (Nevada), L.P.'s Motion for a Protective Order to Stay Discovery. Having considered the motion, and finding it with merit it is hereby GRANTED.

Accordingly, the deadline for Multiplayer Network Innovations, LLC to file its Response to Cantor Fitzgerald, L.P.'s and Cantor G&W (Nevada), L.P.'s Motion for a Protective Order to Stay Discovery is extended up to and including December 10, 2014.

**SIGNED this 5th day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE