IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Multiplayer Network Innovations, LLC, | § | |
| | § | Civil Action No. 2:14-cv-825-JRG-RSP |
| Plaintiff, | § | LEAD CONSOLIDATED CASE |
| | § | |
| v. | § | |
| | § | |
| Amazon.com, Inc. | § | |
| Apple, Inc. | § | 2:14-cv-826-JRG-RSP |

## APPLE INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendant Apple Inc. ("Apple") hereby notifies the Court that it served its Initial Disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Discover Order (ECF No.112) upon Plaintiff's counsel of record on December 11, 2014 via electronic mail.

Dated:  December 11, 2014           Respectfully submitted by,

/s/ Margaret Elizabeth Day, with permission by
Michael E. Jones
Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
FEINBERG DAY ALBERTI & THOMPSON LP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
Telephone:  (650) 618.4360
Facsimile:   (650) 618.4368
eday@feinday.com

Michael E. Jones (SBN: 10929400)
Allen F. Gardner (SBN: 24043679)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

          Attorneys for Defendant
          APPLE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2014.

          */s/ Michael E. Jones*