# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>　　　　　　　**Plaintiff,**<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>　　　　　　　**Defendant.** | **Civil Action No. 2:14-cv-00825**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>　　　　　　　**Plaintiff,**<br><br>v.<br><br>**LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,**<br><br>　　　　　　　**Defendants.** | **Civil Action No. 2:14-cv-00835-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

## LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.'S
## NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. hereby notify the Court that they served their Initial Disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Discover Order (ECF No.112) upon Plaintiff's counsel of record on December 11, 2014, via electronic mail.

December 11, 2014    Respectfully submitted,

By: */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 23, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas  75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
jainsworth@wilsonlawfirm.com

Gaspare J. Bono
R. Tyler Goodwyn, IV
John W. Lomas, Jr.
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C.  20006
Telephone: 202-496-7500
Facsimile: 202-496-7756
gbono@mckennalong.com
tgoodwyn@mckennalong.com
jlomas@mckennalong.com

*Attorneys for Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 11th day of December, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth