# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:14-cv-00825-JRG-RSP |
| v. | § § | **LEAD CASE** |
| **AMAZON.COM, INC.** | § § § | |
| *Defendants.* | § | |
| | | |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:14-cv-00834-JRG-RSP |
| v. | § § | **JURY TRIAL DEMANDED** |
| **HUAWEI DEVICE USA INC.** | § § | |
| *Defendant.* | § | |

## DEFENDANT HUAWEI DEVICE USA, INC.'S NOTICE OF INITIAL DISCLOSURES

Defendant Huawei Device USA, Inc. provides notice that it has served its Initial Disclosures upon all counsel of record as required by the Discovery Order.

Respectfully submitted,

*/s/ Kelly P. Chen*
**JAMIL N. ALIBHAI**
Texas State Bar No. 00793248
jalibhai@munckwilson.com
**ROBERT D. MCCUTCHEON**
Texas State Bar No. 00789480
rmccutcheon@munckwilson.com
**KELLY P. CHEN**
Texas State Bar No. 24062664
kchen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Ste. 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

**COUNSEL FOR DEFENDANT**
**HUAWEI DEVICE USA, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document has been served on all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on December 11, 2014.

*/s/Kelly P. Chen*
Kelly P. Chen