# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Multiplayer Network Innovations, LLC, § | | |
| § | Civil Action No. 2:14-cv-825-JRG-RSP |
| Plaintiff, § | LEAD CONSOLIDATED CASE |
| § | |
| v. § | |
| § | |
| Amazon.com, Inc. § | |
| Google Inc. § | Civil Action No. 2:14-cv-831-JRG-RSP |

## GOOGLE INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendant Google Inc. ("Google") hereby notifies the Court that it served its Initial and Additional Disclosures in accordance with Fed. R. Civ. P. 26(a)(1), the Local Rules, and the Court's Discovery Order (ECF No.112) upon Plaintiff's counsel of record on December 11, 2014 via electronic mail.

Dated: December 11, 2014                    Respectfully submitted,

By: */s/Suraj K. Balusu*
Mark C. Scarsi (*admitted Pro Hac Vice*)
mscarsi@mibank.com
**MILBANK, TWEED, HADLEY & McCLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Christopher J. Gaspar (*admitted Pro Hac Vice*)
cgaspar@milbank.com
Nathaniel T. Browand (*admitted Pro Hac Vice*)
nbrowand@milbank.com
Suraj Balusu (*admitted Pro Hac Vice*)
sbalusu@milbank.com
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005

Telephone: (212) 530-5000
Facsimile: (212) 822-5019

Jennifer P. Ainsworth (Bar No. 00784720)
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5001
Facsimile:  (903) 509-5092

*Attorneys for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2014.

*/s/Suraj K. Balusu*