**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC § <br> § Plaintiff, § <br> § <br> v. § <br> § <br> AMAZON.COM, INC. § <br> Defendant. § <br> § | Civil Action No. 2:14-cv-00825 <br><br> (LEAD CONSOLIDATED CASE) |
| SAMSUNG ELECTRONICS CO., LTD., § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., AND SAMSUNG § <br> TELECOMMUNICATIONS AMERICA, § <br> LLC. § <br> Defendants. § | Civil Action No. 2:14-cv-00842 |

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC'S
NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES**

Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") hereby notifies the Court that Samsung served its Initial Disclosures upon counsel of record for Plaintiff Multiplayer Network Innovations, LLC via electronic mail on December 11, 2014, pursuant to the Court's Docket Control Order (Dkt. No. 111) and Paragraph 1 of the Court's Discovery Order (Dkt. No. 112).

Dated: December 11, 2014

By: */s/ Allan Soobert*
Allan M. Soobert
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: 202-551-1700
Facsimile: 202-551-1705
allansoobert@paulhastings.com

Elizabeth L. Brann
Bob B. Chen
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005
elizabethbrann@paulhastings.com
bobchen@paulhastings.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing NOTICE OF COMPLIANCE has been forwarded via CM/ECF to all counsel of record on this the 11th day of December, 2014.

*/s/ Elizabeth Brann*
Elizabeth L. Brann