**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § | |
| | § | **Civil Action No. 2:14-CV-00825** |
| | § | |
| Plaintiff, | § | **PATENT CASE** |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **AMAZON.COM, INC., ET AL.,** | § | **LEAD CASE** |
| | § | |
| Defendants. | § | |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § | |
| | § | **Civil Action No. 2:14-CV-00844** |
| Plaintiff, | § § | **PATENT CASE** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **ZTE CORPORATION, ET AL.,** | § § | |
| Defendants. | § | |

**ZTE (USA) INC.'S NOTICE OF COMPLIANCE WITH
COURT'S ORDER REGARDING INITIAL AND ADDITIONAL DISCLOSURES**

Defendant ZTE (USA) Inc.'s ("ZTE") notifies the Court that it complied with the Court's Docket Control Order [Dkt.11] and Discovery Order [Dkt. 112] by serving its initial and additional disclosures on counsel for Multiplayer Network Innovations, LLC on December 11, 2014 via email.

DATED: December 11, 2014

                                          Respectfully submitted,

                                          */s/ Jacqueline M. Lee*
                                          Everett Upshaw
                                          State Bar of Texas No. 24025690

        everettupshaw@everettupshaw.com
        Jacqueline M. Lee
        State Bar of Virginia No. 82339
        jacquelinelee@everettupshaw.com
        **UPSHAW PLLC**
        811 S. Central Expressway, Suite 307
        Richardson, Texas 75080
        P: (972) 920-8000
        F: (972) 920-8001

        **ATTORNEYS FOR DEFENDANT**
        **ZTE (USA) INC.**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(d) on this 11th day of December, 2014.

                */s/ Jacqueline M. Lee*
                Jacqueline M. Lee