# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK** | § | |
| **INNOVATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Case No. 2:14-CV-825** |
| | § | |
| **AMAZON.COM, INC.** | § | **LEAD CASE** |
| | § | |
| | § | |
| **Defendant.** | § | |

## OL2, INC.'S NOTICE OF COMPLIANCE
## REGARDING INITIAL DISCLOSURES

Defendant OL2, Inc. hereby provides notice that on December 11, 2014, it served its

Initial Disclosures via electronic mail to Plaintiff's counsel.

DATED: December 11, 2014

Respectfully submitted,

By: */s/ Melissa R. Smith*
Melissa Richards Smith
GILLIAM & SMITH LLP
303 South Washington
Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gilliamsmithlaw.com

Edward Reines
J. Jason Lang
WEIL, GOTSHAL &
MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
edward.reines@weil.com
jason.lang@weil.com

***Attorneys  for Defendant
OL2, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 11th day of December, 2014.

*/s/ Melissa R. Smith*
Melissa R. Smith