IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISIONS

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Civil Action No. 2:14-cv-00825-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE WITH THE COURT'S
<u>DOCKET CONTROL ORDER FOR AMAZON.COM, INC.</u>**

In compliance with the Court's Docket Control Order dated November 20, 2014 (Dkt. No. 111), Defendant Amazon.com, Inc. ("Amazon") provides notice that on December 11, 2014, Amazon timely served its initial disclosures pursuant to the Court's Discovery Order (Dkt. No. 112) via electronic mail.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jennifer H. Doan*
　　　　　　　　　　　　　　　　　　　Jennifer H. Doan
　　　　　　　　　　　　　　　　　　　Texas Bar No. 08809050
　　　　　　　　　　　　　　　　　　　Joshua R. Thane
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24060713
　　　　　　　　　　　　　　　　　　　Haltom & Doan
　　　　　　　　　　　　　　　　　　　6500 Summerhill Road
　　　　　　　　　　　　　　　　　　　Crown Executive Center, Suite 100
　　　　　　　　　　　　　　　　　　　Texarkana, TX 75505
　　　　　　　　　　　　　　　　　　　Telephone: (903) 255-1000
　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 255-0800
　　　　　　　　　　　　　　　　　　　Email: jdoan@haltomdoan.com
　　　　　　　　　　　　　　　　　　　Email: jthane@haltomdoan.com

Todd M. Siegel (OR Bar No. 001049)
todd.siegel@klarquist.com
James E. Geringer (OR Bar No. 951783)
james.geringer@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

**COUNSEL FOR DEFENDANT AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2014 a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

*/s/ Jennifer H. Doan*
Jennifer H. Doan