# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC<br><br>v.<br><br>AMAZON.COM, INC. | Case No. 2:14-CV-825- JRG-RSP<br><br>LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>*Defendants.* | NO. 2:14−CV−00828−JRG−RSP<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS ASUS COMPUTER INTERNATIONAL AND ASUSTEK COMPUTER, INC.'S NOTICE OF DISCLOSURE

Defendants ASUS Computer International and ASUSTEK Computer, Inc. (collectively, "ASUS") hereby notify the Court and all counsel of its service by e-mail today of ASUS's Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Local Court Rules for the Eastern District of Texas, and the Discovery and Docket Control Orders entered in this matter on Nov. 17 and Nov. 20, 2014 respectively (Dkt. Nos. 109-1 & 111).

Dated: December 11, 2014                    Respectfully submitted,

                                            */s/ Zhuanjia Gu*
                                            Joshua M. Masur (Cal. S.B. No. 203510)
                                            masur@turnerboyd.com
                                            Zhuanjia Gu (Cal. Bar No. 244863)

gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

**ATTORNEYS FOR DEFENDANTS
ASUS COMPUTER INTERNATIONAL and
ASUSTEK COMPUTER INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2014.

                                        */s/ Zhuanjia Gu*
                                        Zhuanjia Gu