**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant*. | **Civil Action No. 2:14-cv-825<br>LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF DISCLOSURES

Plaintiff Multiplayer Network Innovations, LLC ("MNI" or "Plaintiff") hereby notifies the Court that pursuant to the Court's November 19, 2014 Order, they served their required initial and additional disclosures upon all counsel of record via electronic mail on December 11, 2014.

Dated: December 12, 2014

Respectfully submitted,

/s/ Elizabeth L. DeRieux
Marc A. Fenster, CA SB No. 181067
mfenster@rawklaw.com
Dorian S. Berger, CA SB No. 264424
dberger@raklaw.com
Daniel P. Hipskind, CA SB No. 266763
dhipskind@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478

>CAPSHAW DERIEUX, LLP
>114 E. Commerce Ave.
>Gladewater, Texas 75647
>Telephone: 903-236-9800
>Facsimile: 903-236-8787
>E-mail: ederieux@capshawlaw.com
>E-mail: jrambin@capshawlaw.com
>
>*Attorneys for Plaintiff,*
>*Multiplayer Network Innovations, LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 12th day of December, 2014.

>/s/ Elizabeth L. DeRieux
>Elizabeth L. DeRieux