**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| v. | § § | No. 2:14-cv-00825 (JRG-RSP) |
| AMAZON.COM, INC. | § | **LEAD CASE** |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| v. | § § | No. 2:14-cv-845 (JRG-RSP) |
| CANTOR FITZGERALD, L.P. and CANTOR G&W (NEVADA), L.P. | § § | |

**CANTOR FITZGERALD, L.P. AND CANTOR G&W (NEVADA), L.P.'S
NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES**

In compliance with the Docket Control Order dated November 20, 2014 (Dkt. No. 111) Defendant Cantor Fitzgerald, LP and Cantor G&W (Nevada), LP hereby provides notice that on December 11, 2014 it served its initial disclosures pursuant to the Court's Discovery Order (Dkt. No. 112) via electronic mail.

    Respectfully submitted,

    */s/ Robert Christopher Bunt*
    Robert Christopher Bunt
    State Bar No. 00787165
    PARKER, BUNT & AINSWORTH, P.C.
    Email: rcbunt@pbatyler.com
    100 E. Ferguson, Suite 1114
    Tyler, TX 75702

Tel:  (903) 531-3535
Fax: (903) 533-9687

*Attorneys for Defendants Cantor Fitzgerald, L.P.
and Cantor G&W (Nevada), L.P.*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically on December 12, 2014, in compliance with Local Rule CV-5(a). Thus, the document was served on all counsel that have consented to electronic service under Local Rule CV-5(a)(3)(A). Any other counsel of record or *pro se* parties will be served by electronic mail, facsimile transmission, or first class mail on this date.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT