**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK** | § | |
| **INNOVATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Case No. 2:14-CV-825** |
| | § | |
| **AMAZON.COM, INC.** | § | **LEAD CASE** |
| | § | |
| | § | |
| **Defendant.** | § | |

## KONAMI DIGITAL ENTERTAINMENT, INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendant Konami Digital Entertainment, Inc. hereby provides notice that on December

11, 2014, it served its Initial Disclosures via electronic mail to Plaintiff's counsel.

DATED: December 12, 2014                    Respectfully submitted,

                                            By:  */s/ Melissa R. Smith*
                                            Melissa Richards Smith
                                            GILLIAM & SMITH LLP
                                            303 South Washington Avenue
                                            Marshall, TX 75670
                                            Telephone: (903) 934-8450
                                            Facsimile: (903) 934-9257
                                            Melissa@gilliamsmithlaw.com

                                             Benjamin J. Fox
                                            CA State Bar No. 193374
                                            Wendy Ray
                                            CA State Bar No. 226269
                                            MORRISON & FOERSTER LLP
                                            707 Wilshire Boulevard
                                            Los Angeles, California 90017
                                            Telephone:  (213) 892-5200
                                            Facsimile: (213) 892-5454
                                            Email:  BFox@mofo.com
                                             Wray@mofo.com

                                            *Attorneys  for Defendant*
                                            *Konami Digital Entertainment, Inc.*


## CERTIFICATE OF SERVICE

The  undersigned  certifies  that  the  foregoing  document  was  filed  electronically  in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 12th day of December, 2014.


                                            */s/ Melissa R. Smith*
                                            Melissa R. Smith