IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant*. | **Civil Action No. 2:14-cv-825 LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF CORRECTION

Plaintiff Multiplayer Network Innovations, LLC ("MNI" or Plaintiff") notifies the Court of a factual clarification in Docket No. 136, p. 5. Toshiba is withholding the information discussed at Docket No. 136, p. 5, only from Messrs. Berger and Hipskind. Toshiba provided its initial disclosures in unredacted form to MNI's Local Counsel at Capshaw DeRieux, LLP.

Dated: December 12, 2014                     Respectfully submitted,

/s/ Elizabeth L. DeRieux
Marc A. Fenster, CA SB No. 181067
mfenster@rawklaw.com
Dorian S. Berger, CA SB No. 264424
dberger@raklaw.com
Daniel P. Hipskind, CA SB No. 266763
dhipskind@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Attorneys for Plaintiff,*
*Multiplayer Network Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 12th day of December, 2014.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux