IN THE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, § § § | |
| Plaintiff, § § | |
| v. § § § | Civil Action No. 2:14-cv-00833-JRG-RSP |
| HTC CORPORATION and HTC AMERICA, INC., § § § § | JURY TRIAL DEMANDED |
| Defendants. § | |

## NOTICE OF DISCLOSURES
## OF HTC CORPORATION AND HTC AMERICA, INC.

Defendants HTC Corporation and HTC America, Inc. hereby notify the Court that pursuant to the Court' Docket Control Order (Dkt. No. 111) and Paragraph 1 of the Court's Discovery Order (Dkt. No. 112), they served their required initial and additional disclosures upon all counsel of record via electronic mail on December 11, 2014.

Respectfully submitted,

PATTERSON & SHERIDAN, LLP

_____/s/ Jerry R. Selinger_____
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
TX Bar No. 24055807
Email: tkurth@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile: 214-296-0246

ATTORNEYS FOR DEFENDANTS
HTC CORPORATION AND
HTC AMERICA, INC.

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 12, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing ("ECF") system of the court.  The attorneys of record who have consented in writing to accept notice as service of this document by electronic means are being served pursuant to Local Rule CV-5(a)(3) by a "Notice of Electronic Filing," sent by the ECF system.



                                                     /s/ Jerry R. Selinger