# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Civil Action No. 2:14-cv-825-JRG-RSP<br><br>LEAD CONSOLIDATED CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br><br>    Defendant. | Civil Action No. 2:14-cv-830-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT BARNES & NOBLE INC.'S NOTICE OF SERVICE OF DISCLOSURES PURSUANT TO THE COURT'S DISCOVERY ORDER**

Defendant Barnes & Noble, Inc. hereby notifies the Court that it served the disclosures required by Paragraphs 1 and 3 of the Discovery Order (Dkt. 112) on Plaintiff's counsel of record via electronic mail on December 15, 2014.

01980.00003/6291278.1

1

| | |
|---|---|
| Dated:  December 15, 2014 | By:  */s/ Melissa J. Baily*<br><br>Melissa J. Baily<br>CA Bar No. 237649<br>Admitted in E.D. Tex.<br>melissabaily@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-6600<br>Facsimile: 415-875-6700<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Telephone:  903-597-8311<br>Facsimile:  903-593-0846<br><br>ATTORNEYS FOR DEFENDANT<br>Barnes & Noble, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2014, I caused a copy of the foregoing document to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                    */s/ Melissa Baily*
                                                    Melissa Baily