IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant*. | **Case No. 2:14-cv-00825-JRG-RSP**<br><br>**LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**IGT,**<br><br>*Defendant*. | **Case No. 2:14-cv-00846-JRG-RSP** |

## ORDER

Upon consideration of Defendant International Game Technology's ("IGT") Unopposed Motion for Extension of Time to serve Initial Disclosures and Additional Disclosures pursuant to the Court's Discovery Order (Dkt. 112), the Court, after review of the motion and finding good cause appearing, **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that the deadline for Defendant IGT to serve Initial

Disclosures and Additional Disclosures is extended to December 18, 2014.

**SIGNED this 15th day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE