IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § | |
| Plaintiff | § | Civil Action No. 2:14-cv-825-RG |
| v. | | |
| AMAZON.COM, INC., | § | LEAD CASE |
| Defendant | § | |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § | |
| Plaintiff, | § | Civil Action No. 2:14-cv-843-JRG |
| v. | | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | § | |
| Defendant. | § | |

**TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S
NOTICE OF COMPLIANCE**

Pursuant to the Docket Control Order, and Discovery Order entered November 19, 2014, Toshiba America Information Systems, Inc. hereby notifies the court of its compliance with Paragraphs 1 and 3 thereof by serving its Initial and Additional Disclosures on December 11, 2014.

DATED:  December 17, 2014

Respectfully Submitted,


*/s/ Melvin R. Wilcox, III*
Melvin R. ("Trip") Wilcox, III
State Bar No. 21454800
YARBROUGH & WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX  75702
(903) 595-1133
Fax:  (903) 595-0191
mrw@yw-lawfirm.com

Michael J. Shea
Jeffry H. Nelson
Jonathan T. Reavill
NIXON & VANDERHYE, P.C.
901 North Glebe Road
11th Floor
Alexandria, VA 22203
Telephone: 703-816-4000
Fax: 703-816-4100

Attorneys for Defendant,
Toshiba America Information
Systems, Inc.


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 17, 2014 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.


*/s/ Melvin R. Wilcox, III*
Melvin R. Wilcox, III