IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Civil Action No. 2:14-cv-00825-JRG-RSP |
| v. | | |
| AMAZON.COM, INC., | | LEAD CASE |
| Defendants. | | |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Civil Action No. 2:14-cv-00833-JRG-RSP |
| v. | | |
| HTC CORPORATION and HTC AMERICA, INC., | | JURY TRIAL DEMANDED |
| Defendants. | | |

## NOTICE OF APPEARANCE

Notice is hereby given that Susan E. Powley, State Bar No. 00784785, of Patterson & Sheridan, LLP, 1700 Pacific Ave., Suite 2650, Dallas, Texas 75201, (214) 296-0156, enters her appearance in this matter as counsel for Defendants HTC Corporation and HTC America, Inc. in the above-styled and numbered cause.

Susan E. Powley may receive all communications from the Court and from other parties at Patterson & Sheridan, LLP, 1700 Pacific Ave., Suite 2650, Dallas, Texas 75201; Telephone (214) 296-0156; Facsimile: (713) 623-4846; E-mail: spowley@pattersonsheridan.com.

PATTERSON & SHERIDAN, LLP

_____/s/ Susan E. Powley_____
Susan E. Powley
State Bar No. 00784785
Email: spowley@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-296-0156
Facsimile: 214-302-0471

ATTORNEYS FOR DEFENDANTS
HTC CORPORATION and HTC AMERICA, INC.

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 18th day of December, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

_____/s/ Susan E. Powley_____