UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Case No. 2:14-cv-00825-JRG<br><br>LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant IRON GALAXY STUDIOS, LLC, ("Defendant"), Case No. 2:14-cv-948, now consolidated by the Court with the above captioned lead case, files this Notice of Appearance, and hereby notifies the Court that Todd G. Vare, of the law firm Barnes & Thornburg LLP, 11 S. Meridian Street, Indianapolis, IN 46204, Telephone (317) 231-7735, Fax (317) 231-7433, E-mail: tvare@btlaw.com, has entered this action as counsel for Defendant. In connection with this notice, Mr. Vare requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: December 19, 2014            Respectfully submitted,

            */s/ Todd G. Vare*
            Todd G. Vare
            Ind. Bar No. 18458-49
            BARNES & THORNBURG LLP
            11 S. Meridian Street
            Indianapolis, IN 46204
            Tel: (317) 231-7735
            Fax: (317) 231-7433
            Email: todd.vare@btlaw.com

            **ATTORNEY FOR DEFENDANT**
            **IRON GALAXY STUDIOS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that parties in this suit are being served with a copy of this Notice of Appearance pursuant to the Federal Rules on December 19, 2014.

/s/ *Todd G. Vare*
Todd G. Vare