UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC § § § Plaintiff, § v. § AMAZON.COM, INC. § § Defendant. § | § § § § § Case No. 2:14-CV-825 § § LEAD CASE § § § |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Evan Budaj of Weil, Gotshal & Manges LLP enters his appearance on behalf of Defendant OL2, Inc. in this matter as additional counsel.

Evan Budaj may receive all communications from the Court and from other parties at, Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, California 95065; Telephone: (650) 802-3165; Facsimile: (650) 802-3100; e-mail evan.budaj@weil.com.

Dated: December 19, 2014                Respectfully submitted,

                                         */s/ Evan Budaj*
                                        Evan Budaj
                                        CA Bar No. 271213
                                        WEIL GOTSHAL & MAGNES LLP
                                        201 Redwood Shores Parkway
                                        Redwood Shores, California 95065
                                        Telephone: (650) 802-3165
                                        Facsimile: (650) 802-3100
                                        Email: evan.budaj@weil.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of December, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                            */s/ Evan Budaj*
                                                                            Evan Budaj