# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendants.<br><br><br>MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>    Defendants. | Civil Action No. 2:14-cv-825-JRG-RSP<br><br><br>**LEAD CASE**<br><br><br><br><br>Civil Action No. 2:14-cv-824-JRG-RSP<br><br><br>**JURY TRIAL DEMANDED**<br><br>(Consolidated Case) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Acer Inc. and Acer America Corporation (collectively "Acer"), file this Notice of Appearance, and hereby notify the Court that Kevin Jones, of the law firm TechKnowledge Law Group LLP, 100 Marine Parkway, Suite 200, Redwood Shores, CA 94065, Telephone (650) 517-5280, E-mail: kjones@tklg-llp.com has entered this action as counsel for Acer. In connection with this notice, Mr. Jones requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: December 19, 2014                                            Respectfully submitted,

By: /s/ *Kevin Jones*
Kevin Jones
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
(650) 517-5280
kjones@tklg-llp.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Kevin Jones*
Kevin Jones