# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant.* | Case No. 2:14-CV-825-JRG-RSP<br>LEAD CASE |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**IGT,**<br><br>*Defendant.* | Case No. 2:14-CV-846-JRG-RSP |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINE

Upon consideration of Plaintiff Multiplayer Network Innovations, LLC ("MNI's") Agreed Motion for Extension of Deadline, the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the deadline for Defendant International Game Technology ("IGT") to serve Initial Disclosures and Additional Disclosures is extended up to and including December 30, 2014.

**SIGNED this 22nd day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE