**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC )<br>)<br>)<br>    Plaintiff,   )<br>)<br>v.   )<br>)<br>AMAZON.COM, INC. ET AL.,   )<br>)<br>    Defendants.   )<br>) | Civil Action No. 2:14-cv-00825 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David A. Gosse, of the law firm Fitch, Even, Tabin & Flannery LLP, is appearing as counsel for Koei Tecmo Games Co., Ltd./Koei Tecmo America Corporation in the above-referenced matter. David A. Gosse is a member in good standing of the bar of the United States District Court for the Eastern District of Texas and may receive all communications from the Court and from other parties at the address below.

Date:  December 22, 2014

Respectfully submitted,

 /s/ David A. Gosse
David A. Gosse (IL 6299892)
FITCH EVEN TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone:  (312) 577-7000
Facsimile:   (312) 577-7007
Email: dgosse@fitcheven.com

*Attorney for Defendant,
Koei Tecmo Games Co., Ltd.
Koei Tecmo America Corporation*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd day of December 2014. Any other counsel of record will be served by first class mail.

    */s/ David A. Gosse*
David A. Gosse
*Attorney for Defendant,*
*Koei Tecmo Games Co., Ltd.*
*Koei Tecmo America Corporation*