**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK** | § | |
| **INNOVATIONS, LLC,** | § | |
| | § | **Case No. 2:14-CV-825-JRG-RSP** |
| v. | § | **LEAD CASE** |
| | § | |
| **AMAZON.COM, INC.,** | § | |
| | § | |

**ORDER**

Before the court is Multiplayer Network Innovations, LLC and Defendant Electronics Arts, Inc. ("Moving Parties"), Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 151, filed December 19, 2014).  The Court, having considered the Moving Parties' present motion and their specific statement that the "all matters in controversy between the parties have been settled, in principle," finds that the motion should be **GRANTED-IN-PART**, as follows:

- **IT IS ORDERED** that the deadlines between the Moving Parties are stayed until January 19, 2015 pending final settlement; and

- **IT IS ORDERED** that, if the Moving Parties have not filed a joint motion to dismiss after January 19, 2015, counsel for the Moving Parties will appear for a hearing before the Court on Thursday, January 22, 2015, at 11:15 a.m.

**SIGNED this 25th day of December, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE