IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC. <br><br> Defendant. | § § § § § § § § § § § § | Case No. 2:14-cv-825-JRG-RSP <br> LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> IRON GALAXY STUDIOS, LLC, <br><br> Defendant. | § § § § § § § § § § § § | Case No. 2:14-cv-948-JRG-RSP |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Before the Court is Defendant Iron Galaxy Studios, LLC's ("Iron Galaxy") Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint. Having considered the matter, the Court GRANTS the motion and extends the date for Iron Galaxy to serve a response to Plaintiff's Original Complaint up to and including January 13, 2015.

**SIGNED this 25th day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE