**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | |
| *Plaintiff,* | **Civil Action No. 2:14-cv-825** |
| | **LEAD CASE** |
| v. | |
| **AMAZON.COM, INC.,** | |
| *Defendant.* | |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | |
| *Plaintiff,* | **Case No. 2:14-CV-00826-JRG-RSP** |
| v. | |
| **APPLE, INC.,** | |
| *Defendant.* | |

**ORDER GRANTING PLAINTIFF MULTIPLAYER NETWORK INNOVATIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPLE INC'S MOTION TO TRANSFER VENUE**

Pending before the Court is Plaintiff Multiplayer Network Innovations, LLC's ("MNI's") Unopposed Motion for Extension of Time to File Response to Apple Inc.'s Motion to Transfer Venue. The Court, having considered the Motion, is of the opinion that MNI's Motion should be GRANTED.

Accordingly, the deadline for MNI to file its Response to Apple Inc.'s Motion to Transfer is extended up to and including January 12, 2015.

**SIGNED this 5th day of January, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE