IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § § § § § | Case No. 2:14-CV-825-JRG-RSP **LEAD CASE** |
| v. | | |
| AMAZON.COM, INC., | | |

## ORDER

Before the court is Multiplayer Network Innovations, LLC and International Game Technology ("IGT"), (collectively, "Moving Parties"), Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 164, filed December 29, 2014).  The Court, having considered the Moving Parties' present motion and their specific statement that the "all matters in controversy between the parties have been settled, in principle," finds that the motion should be **GRANTED-IN-PART**, as follows:

- **IT IS ORDERED** that the deadlines between the Moving Parties are stayed until January 30, 2015 pending final settlement; and

- **IT IS ORDERED** that, if the Moving Parties have not filed a joint motion to dismiss after January 30, 2015, counsel for the Moving Parties will appear for a hearing before the Court on Tuesday, February 3, 2015, at 4:30 p.m.

**SIGNED this 5th day of January, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE