# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant*. | Civil Action No. 2:14-cv-825<br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISCLOSURES

Plaintiff Multiplayer Network Innovations, LLC ("MNI" or "Plaintiff") hereby notifies the Court that pursuant to the Court's January 5, 2015 Amended Docket Control Order, November 19, 2014 Discovery Order, and P.R. 3-1 and P.R. 3-2 they served their required Infringement Contentions and Initial and Additional Disclosures upon counsel of record for Iron Galaxy Studios, LLC and Tencent America, LLC via electronic mail.

Dated: January 8, 2015

Respectfully submitted,

/s/ Elizabeth L. DeRieux
Marc A. Fenster, CA SB No. 181067
mfenster@rawklaw.com
Dorian S. Berger, CA SB No. 264424
dberger@raklaw.com
Daniel P. Hipskind, CA SB No. 266763
dhipskind@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Elizabeth L. DeRieux
TX Bar No. 05770585

        D. Jeffrey Rambin
        TX Bar No. 00791478
        CAPSHAW DERIEUX, LLP
        114 E. Commerce Ave.
        Gladewater, Texas 75647
        Telephone: 903-236-9800
        Facsimile: 903-236-8787
        E-mail: ederieux@capshawlaw.com
        E-mail: jrambin@capshawlaw.com

*Attorneys for Plaintiff,*
*Multiplayer Network Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 8th day January, 2015.

        /s/ Elizabeth L. DeRieux
        Elizabeth L. DeRieux