IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC. <br><br> Defendant. | § § § § § § § § § § § § | Case No. 2:14-cv-825-JRG-RSP <br> LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> IRON GALAXY STUDIOS, LLC, <br><br> Defendant. | § § § § § § § § § § § | Case No. 2:14-cv-948-JRG-RSP |

**ORDER GRANTING UNOPPSED MOTION FOR EXTENSION OF DEADLINE**

Upon consideration of Defendant Iron Galaxy Studios, LLC's ("Iron Galaxy") Unopposed Motion for Extension of Deadline, the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the deadline for Iron Galaxy to serve Initial Disclosures and Additional Disclosures is extended up to and including January 13, 2015.

**SIGNED this 9th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE