**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** § § § | |
| v. § § | Case No. 2:14-CV-825-JRG-RSP LEAD CASE |
| **AMAZON.COM, INC.,** § § § | |

## ORDER

Before the Court is Multiplayer Network Innovations, LLC and Defendants Koei Techmo Games Co. Ltd. and Koei Techmo America Corporation (collectively, "Moving Parties"), Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 166, filed January 5, 2015). The Court, having considered the Moving Parties' present motion and their specific statement that the "all matters in controversy between the parties have been settled, in principle," finds that the motion should be **GRANTED-IN-PART**, as follows:

- **IT IS ORDERED** that the deadlines between the Moving Parties are stayed until February 6, 2015 pending final settlement; and

- **IT IS ORDERED** that, if the Moving Parties have not filed a joint motion to dismiss after February 6, 2015, counsel for the Moving Parties will appear for a hearing before the Court on Tuesday, February 10, 2015, at 1:15 p.m.

**SIGNED this 9th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE