**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC )<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>AMAZON.COM, INC. )<br>        Defendant. )<br>) | Civil Action No. 2:14-cv-00825<br><br>(LEAD CASE) |
| MULTIPLAYER NETWORK INNOVATIONS, LLC )<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD. )<br>ET AL. )<br>        Defendants. ) | Civil Action No. 2:14-cv-00842 |

**DEFENDANT SAMSUNG TELECOMMUNICATIONS AMERICA, LLC'S
SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Defendant Samsung Telecommunications America, LLC ("STA"), by and through its counsel, hereby certifies that:

Prior to January 1, 2015, STA was a wholly-owned subsidiary of Samsung Electronics America, Inc. ("SEA"). No publicly held corporation owned 10% or more of STA's stock before January 1, 2015.

Effective January 1, 2015, Defendant STA merged with and into SEA, and therefore, STA ceased to exist as a separate corporate entity. SEA is a wholly owned subsidiary of Samsung Electronics Co., Ltd., and no other publicly held corporation owns 10% or more of SEA's stock.

Dated: January 12, 2015					Respectfully submitted,

							By: */s/ Allan Soobert*
							    Allan M. Soobert
							    PAUL HASTINGS LLP
							    875 15th Street, N.W.
							    Washington, D.C. 20005
							    Telephone: 202-551-1700
							    Facsimile: 202-551-1705
							    allansoobert@paulhastings.com

							    Elizabeth L. Brann
							    Bob B. Chen
							    PAUL HASTINGS LLP
							    4747 Executive Drive, 12th Floor
							    San Diego, CA 92121
							    Telephone: 858-458-3000
							    Facsimile: 858-458-3005
							    elizabethbrann@paulhastings.com
							    bobchen@paulhastings.com

							    Melissa R. Smith
							    Texas State Bar No. 24001351
							    GILLAM & SMITH, LLP
							    303 S. Washington Ave.
							    Marshall, TX 75670
							    Phone: 903-934-8450
							    Fax: 903-934-9257
							    melissa@gillamsmithlaw.com

							    *Attorneys for Defendants and*
							    *Counterclaimants Samsung Electronics*
							    *Co., Ltd., Samsung Telecommunications*
							    *America, LLC and Samsung Electronics*
							    *America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Allan Soobert*
                                                  Allan M. Soobert