**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC ) </br> ) Civil Action No. 2:14-cv-00825-JRG-RSP </br> Plaintiff, ) </br> ) (LEAD CASE) </br> v. ) </br> ) </br> AMAZON.COM, INC. ) </br> Defendant. ) </br> ) | |
| MULTIPLAYER NETWORK INNOVATIONS, LLC ) Civil Action No. 2:14-cv-00842-JRG-RSP </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> SAMSUNG ELECTRONICS CO., LTD. ) </br> ET AL. ) </br> Defendants. ) | |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG
ELECTRONICS AMERICA, INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-4(a)**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.[1]

hereby provide notice that they served their P.R. 3-4(a) document production on counsel for

Plaintiffs on January 12, 2015, pursuant to the Docket Control Order (Dkt. No. 111) and Patent

Rule 3-4(a).

---

[1] Effective January 1, 2015, Defendant STA merged with and into SEA, and therefore, STA ceased to exist as a separate corporate entity.

Dated: January 12, 2015                                  Respectfully submitted,

                                                    By:  */s/ Allan Soobert*
                                                        Allan M. Soobert
                                                        PAUL HASTINGS LLP
                                                        875 15th Street, N.W.
                                                        Washington, D.C. 20005
                                                        Telephone: 202-551-1700
                                                        Facsimile: 202-551-1705
                                                        allansoobert@paulhastings.com

                                                        Elizabeth L. Brann
                                                        Bob B. Chen
                                                        PAUL HASTINGS LLP
                                                        4747 Executive Drive, 12th Floor
                                                        San Diego, CA 92121
                                                        Telephone: 858-458-3000
                                                         Facsimile: 858-458-3005
                                                        elizabethbrann@paulhastings.com
                                                        bobchen@paulhastings.com

                                                        Melissa R. Smith
                                                        Texas State Bar No. 24001351
                                                        GILLAM & SMITH, LLP
                                                        303 S. Washington Ave.
                                                        Marshall, TX 75670
                                                        Phone: 903-934-8450
                                                        Fax: 903-934-9257
                                                        melissa@gillamsmithlaw.com

                                                        *Attorneys for Defendants and*
                                                        *Counterclaimants Samsung Electronics*
                                                        *Co., Ltd. and Samsung Electronics*
                                                        *America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Allan Soobert*
                                      Allan M. Soobert