# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC § § §<br>§<br>v.  §<br>§<br>AMAZON.COM, INC.  §<br>§ | Case No. 2:14-CV-825- JRG-RSP<br><br>LEAD CASE |

## NOTICE REGARDING MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Multiplayer Network Innovations, LLC ("MNI") respectfully submits this Notice Regarding Motion for Entry of Protective Order and shows the Court as follows:

On December 12, 2014 the parties jointly filed a Motion for Entry of Opposed Protective Order (Dkt. 136) currently pending before the Court.  MNI hereby notifies the Court that after meeting and conferring with the newly consolidated defendants, Tencent America, LLC agrees to be bound by the decision of the Court on the disputed matters as well as the agreed Protective Order provisions submitted with that filing.

Dated:  January 12, 2015	Respectfully submitted,

/s/ Elizabeth L. DeRieux
Marc A. Fenster, CA SB No. 181067
mfenster@rawklaw.com
Dorian S. Berger, CA SB No. 264424
dberger@raklaw.com
Daniel P. Hipskind, CA SB No. 266763
dhipskind@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Elizabeth L. DeRieux

        TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Attorneys for Plaintiff,*
*Multiplayer Network Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 12th day of January, 2015.

        /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux