**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| | § | Case No. 2:14-CV-825- JRG-RSP |
| v. | § § | LEAD CASE |
| AMAZON.COM, INC. | § § § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE AMENDMENTS TO PROTECTIVE ORDER

CAME ON FOR CONSIDERATION, Plaintiff Multiplayer Network Innovations, LLC's Agreed Motion for Extension of Time to File Amendments to Protective Order. Having considered the motion, and finding it with merit it is hereby GRANTED.

Accordingly, the deadline for Multiplayer Network Innovations, LLC and Tencent America, LLC to file any amendments to the Protective Order is extended seven (7) days.

**SIGNED this 12th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE