**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § § | |
| v. | § § | Case No. 2:14-CV-825- JRG-RSP |
| AMAZON.COM, INC. | § § § | LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| v. | § § | Case No. 2:14-CV-840 |
| OL2, INC. | § § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-4

CAME ON FOR CONSIDERATION, Plaintiff Multiplayer Network Innovations, LLC's Agreed Motion for Extension of Time to Comply with P.R. 3-4.  Having considered the motion, and finding it with merit it is hereby GRANTED.

Accordingly, the deadline for OL2, Inc. to comply with P.R. 3-4 is extended four (4) days up to and including January 16, 2015.

**SIGNED this 12th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE