**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. <br><br> Defendants. | Civil Action No. 2:14-cv-825-JRG-RSP <br> (CONSOLIDATED - Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION'S NOTICE OF COMPLIANCE WITH P.R. 3-4

Pursuant to the Court's Docket Control Order of November 20, 2014 (Dkt. No. 111), Defendants Acer Inc., Acer America Corp. (collectively "Acer") hereby file this Notice confirming that they have complied with said Order and the disclosure and production requirements of P.R. 3-4 on January 12, 2015.

Dated: January 13, 2015

Respectfully submitted,

By: /s/ *Brian Craft*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
**Findlay Craft, P.C.**
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Ken K Fung
Kevin Jones

                TECHKNOWLEDGE LAW GROUP LLP
                100 Marine Parkway, Suite 200
                Redwood Shores, CA 94065
                Tel: (650) 517-5200
                Email: kfung@techknowledgelaw.com
                Email: kjones@tklg-llp.com

                Attorneys for Defendants
                **ACER INC. and ACER AMERICA CORP.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 13, 2015.

                */s/ Brian Craft*
                Brian Craft