IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 2:14-cv-00825-JRG-RSP |
| AMAZON.COM, INC., | § § § | LEAD CASE |
| Defendants. | § | |
| | | |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 2:14-cv-00833-JRG-RSP |
| HTC CORPORATION and HTC AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

<u>DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.'S
NOTICE OF COMPLIANCE WITH P.R. 3-4(a)</u>

Defendants HTC Corporation and HTC America, Inc. hereby provide notice that they served their P.R. 3-4(a) document production on counsel for Plaintiff on January 12, 2015, pursuant to the Docket Control Order (Dkt. No. 111) and Patent Rule 3-4(a).

                                              PATTERSON & SHERIDAN, LLP

                                              _____/s/ Jerry R. Selinger_____
                                              Jerry R. Selinger
                                              State Bar No. 18008250
                                              Email: jselinger@pattersonsheridan.com
                                              1700 Pacific Avenue, Suite 2650
                                              Dallas, Texas 75201
                                              Telephone: 214-272-0957
                                              Facsimile: 214-296-0246
                                              ATTORNEYS FOR DEFENDANTS
                                              HTC CORPORATION and
                                              HTC AMERICA, INC.

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 13, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing ("ECF") system of the court.  The attorneys of record who have consented in writing to accept notice as service of this document by electronic means are being served pursuant to Local Rule CV-5(a)(3) by a "Notice of Electronic Filing," sent by the ECF system.

                                                                                /s/ Jerry R. Selinger