# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:14-CV-825 |
| AMAZON.COM, INC. | § § | LEAD CASE |
| | § § | |
| Defendant. | § | |

## KONAMI DIGITAL ENTERTAINMENT, INC.'S NOTICE OF COMPLIANCE REGARDING INVALIDITY CONTENTIONS

Defendant Konami Digital Entertainment, Inc. hereby provides notice that on January 12, 2015, it served its Invalidity Contentions via electronic mail to Plaintiff's counsel.

DATED: January 13, 2015       Respectfully submitted,

             By: */s/ Melissa R. Smith*
              Melissa Richards Smith
              GILLIAM & SMITH LLP
              303 South Washington Avenue
              Marshall, TX 75670
              Telephone: (903) 934-8450
              Facsimile: (903) 934-9257
              Melissa@gilliamsmithlaw.com

              Benjamin J. Fox
              CA State Bar No. 193374
              Wendy Ray
              CA State Bar No. 226269
              MORRISON & FOERSTER LLP
              707 Wilshire Boulevard
              Los Angeles, California 90017
              Telephone: (213) 892-5200
              Facsimile: (213) 892-5454
              Email: BFox@mofo.com
              Wray@mofo.com

            *Attorneys for Defendant*
            *Konami Digital Entertainment, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 13th day of January, 2015.

              */s/ Melissa R. Smith*
              Melissa R. Smith