UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Civil Action No. 2:14-cv-00825-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## DEFENDANT AMAZON.COM, INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-4

In compliance with the Court's Docket Control Order dated November 20, 2014 (Dkt. No. 111), Defendant Amazon.com, Inc. ("Amazon") provides notice that on January 12, 2015, Amazon complied with the Order and the disclosure and production requirements of P.R. 3-4.

Respectfully submitted,

*/s/ Joshua R. Thane*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road
Crown Executive Center, Suite 100
Texarkana, TX 75505
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Todd M. Siegel (OR Bar No. 001049)
todd.siegel@klarquist.com
James E. Geringer (OR Bar No. 951783)
james.geringer@klarquist.com
KLARQUIST SPARKMAN, LLP

121 S.W. Salmon Street, Suite 1600  
Portland, Oregon  97204  
Telephone:  (503) 595-5300  
Facsimile:  (503) 595-5301  

**COUNSEL FOR DEFENDANT AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 13, 2015 a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

*/s/ Joshua R. Thane*
Joshua R. Thane