# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. Case 2:14-cv-825 JRG-RSP <br><br> LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. Case 2:14-cv-826 JRG-RSP <br><br> Jury Trial Demanded |

## DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-4

Pursuant to the Court's Docket Control Order of November 20, 2014, (Dkt. No. 111), Defendant Apple Inc. ("Apple") hereby file this Notice confirming that they have complied with said Order and the disclosure and production requirements of P.R. 3-4 on January 12, 2015.

Dated: January 13, 2015

                                    */s/ Michael E. Jones*
                                    Michael E. Jones (SBN: 10929400)
                                    POTTER MINTON, PC
                                    110 North College, Suite 500
                                    Tyler, Texas 75702
                                    Tel: 903-597-8311
                                    mikejones@potterminton.com

Attorneys for Defendant
APPLE, INC.

M. Elizabeth Day
David Alberti
Feinberg Day Alberti & Thompson LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
650 618-4360

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 13, 2015.

*/s/ Michael E. Jones*