# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 2:14-cv-00825-JRG-RSP** |
| v. | § § | **LEAD CASE** |
| **AMAZON.COM, INC.** | § § § | |
| *Defendants.* | § | |
| | | |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 2:14-cv-00834-JRG-RSP** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **HUAWEI DEVICE USA INC.** | § § § | |
| *Defendant.* | § | |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH P.R. 3-3 AND 3-4

Defendant Huawei Device USA Inc. provides notice that it complied with Local Patent Rules 3-3 and 3-4 as required by the Court's Docket Control Order [Doc. 111].

1

Respectfully submitted,

*/s/ Kelly P. Chen*
**JAMIL N. ALIBHAI**
Texas State Bar No. 00793248
jalibhai@munckwilson.com
**ROBERT D. MCCUTCHEON**
Texas State Bar No. 00789480
rmccutcheon@munckwilson.com
**KELLY P. CHEN**
Texas State Bar No. 24062664
kchen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Ste. 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

**COUNSEL FOR DEFENDANT
HUAWEI DEVICE USA, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document has been served on all counsel of record via the Court's CM/ECF on January 13, 2015.

*/s/ Kelly P. Chen*
Kelly P. Chen