**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | CASE NO. 2:14-cv-00825-JRG-RSP <br><br> LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | CASE NO. 2:14-cv-00831-JRG-RSP <br><br> JURY TRIAL REQUESTED |

**DEFENDANT GOOGLE INC.'S NOTICE OF COMPLIANCE**

Pursuant to Patent Rules 3-3 and 3-4 and the Court's Discovery Order (ECF No. 112), Defendant Google Inc. hereby notifies the Court that on January 12, 2015, it served its Patent Rule 3-3 disclosures and accompanying Patent Rule 3-4 document production upon counsel for Plaintiff, via electronic mail.

| | |
|---|---|
| Dated: January 13, 2015 | Respectfully submitted, |

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5001
Facsimile:  (903) 509-5092

Mark C. Scarsi
mscarsi@mibank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Christopher J. Gaspar
cgaspar@milbank.com
Nathaniel T. Browand
nbrowand@milbank.com
Suraj Balusu
sbalusu@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5019

*Attorneys for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 13, 2015, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth