**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil Action No. 2:14-cv-00825<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00835-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS LG ELECTRONICS, INC. AND
LG ELECTRONICS U.S.A., INC.'S NOTICE OF COMPLIANCE**

Pursuant to Patent Rules 3-3 and 3-4 and the Court's Discovery Order (ECF No. 112), Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. hereby notify the Court that on January 12, 2015, they served their Patent Rule 3-3 disclosures and accompanying Patent Rule 3-4 document production upon counsel for Plaintiff, via electronic mail.

<br>

|  |  |
|---|---|
| Dated: January 13, 2015 | Respectfully submitted, |
|  | */s/ Jennifer Parker Ainsworth* |
|  | Jennifer Parker Ainsworth |
|  | Texas State Bar No. 00784720 |
|  | WILSON, ROBERTSON & CORNELIUS, P.C. |
|  | 909 ESE Loop 323, Suite 400 |
|  | P.O. Box 7339 [75711] |
|  | Tyler, Texas 75701 |
|  | Telephone: 903-509-5000 |
|  | Facsimile: 903-509-5092 |
|  | jainsworth@wilsonlawfirm.com |
|  |  |
|  | Gaspare J. Bono |
|  | R. Tyler Goodwyn, IV |
|  | John W. Lomas, Jr. |
|  | MCKENNA LONG & ALDRIDGE LLP |
|  | 1900 K Street, N.W. |
|  | Washington, D.C. 20006 |
|  | Telephone: 202-496-7500 |
|  | Facsimile: 202-496-7756 |
|  | gbono@mckennalong.com |
|  | tgoodwyn@mckennalong.com |
|  | jlomas@mckennalong.com |
|  |  |
|  | ATTORNEYS FOR DEFENDANTS |
|  | LG ELECTRONICS, INC. AND |
|  | LG ELECTRONICS U.S.A., INC. |

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 13, 2015, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth