**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No. 2:14-CV-825** |
| **AMAZON.COM, INC.** | § § | **LEAD CASE** |
| | § § | |
| Defendant. | § | |

**OL2, INC.'S NOTICE OF COMPLIANCE
REGARDING P.R. 3-3 & 3-4(b)**

Defendant OL2, Inc. hereby provides notice that on January 12, 2015, it complied with the disclosure requirements under Patent Rules 3-3 and 3-4(b) in accordance with the Court's Docket Control Order [*Dkt. 111*].

DATED: January 13, 2015                         Respectfully submitted,

                                              By: */s/ Melissa R. Smith*
                                              Melissa Richards Smith
                                              GILLIAM & SMITH LLP
                                              303 South Washington Avenue
                                              Marshall, TX 75670
                                              Telephone: (903) 934-8450
                                              Facsimile: (903) 934-9257
                                              Melissa@gilliamsmithlaw.com

                                              Edward Reines
                                              J. Jason Lang
                                              WEIL, GOTSHAL & MANGES LLP
                                              201 Redwood Shores Parkway
                                              Redwood Shores, CA 94065
                                              Telephone: (650) 802-3000
                                              Facsimile: (650) 802-3100
                                              edward.reines@weil.com
                                              jason.lang@weil.com

                                              *Attorneys for Defendant OL2, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 13th day of January, 2015.

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith