# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC<br><br>v.<br><br>AMAZON.COM, INC. | Case No. 2:14-CV-825- JRG-RSP<br><br>LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>*Defendants.* | NO. 2:14−CV−00828−JRG−RSP<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS ASUS COMPUTER INTERNATIONAL AND ASUSTEK COMPUTER, INC.'S NOTICE OF COMPLIANCE

Defendants ASUS Computer International and ASUSTeK Computer, Inc. (collectively, "ASUS") hereby file this Notice confirming that, on January 12, 2015, they have complied with the Docket Control Order entered in this matter on Nov. 20, 2014 (Dkt. No. 111) and Patent Rule 3-4.

Dated: January 13, 2015          Respectfully submitted,

*/s/ Zhuanjia Gu*
Joshua M. Masur (Cal. S.B. No. 203510)
masur@turnerboyd.com
Zhuanjia Gu (Cal. Bar No. 244863)

gu@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

**ATTORNEYS FOR DEFENDANTS**
**ASUS COMPUTER INTERNATIONAL and**
**ASUSTEK COMPUTER INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 13, 2015.

                                             */s/ Zhuanjia Gu*
                                             Zhuanjia Gu