**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| v. | § § | No. 2:14-cv-00825 (JRG-RSP) |
| AMAZON.COM, INC. | § | **LEAD CASE** |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC | § § § | |
| v. | § § | No. 2:14-cv-845 (JRG-RSP) |
| CANTOR FITZGERALD, L.P. and CANTOR G&W (NEVADA), L.P. | § § | |

### CANTOR FITZGERALD, L.P. AND CANTOR G&W (NEVADA), L.P.'S NOTICE OF COMPLIANCE REGARDING P.R. 3-4

Pursuant to the Court's Docket Control Order dated November 20, 2014 (Dkt. No. 111) Defendants Cantor Fitzgerald, LP and Cantor G&W (Nevada), LP hereby provide Notice that they served P.R. 3-4 document production on counsel for Plaintiffs via electronic mail on January 12, 2015.

        Respectfully submitted,

        */s/ Robert Christopher Bunt*
        Robert Christopher Bunt
        State Bar No. 00787165
        PARKER, BUNT & AINSWORTH, P.C.
        Email: rcbunt@pbatyler.com
        100 E. Ferguson, Suite 1114
        Tyler, TX 75702

Tel:   (903) 531-3535
Fax:   (903) 533-9687

*Attorneys for Defendants Cantor Fitzgerald, L.P.
and Cantor G&W (Nevada), L.P.*

### **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was filed electronically on January 13, 2015, in compliance with Local Rule CV-5(a). Thus, the document was served on all counsel that have consented to electronic service under Local Rule CV-5(a)(3)(A). Any other counsel of record or *pro se* parties will be served by electronic mail, facsimile transmission, or first class mail on this date.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT