**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC<br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.<br>　　　　Defendant. | Civil Action No. 2:14-cv-00825-JRG-RSP<br><br>(LEAD CASE) |
| MULTIPLAYER NETWORK INNOVATIONS, LLC<br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.<br>　　　　Defendants. | Civil Action No. 2:14-cv-00842-JRG-RSP |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.'S NOTICE OF
<u>COMPLIANCE WITH P.R. 3-3 AND 3-4(b)</u>**

Pursuant to the Court's Docket Control Order (Dkt. No. 111), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.[1] hereby provide notice that they complied with the disclosure and production requirements of P.R. 3-3 and 3-4(b) on January 12, 2015.

---

[1] Effective January 1, 2015, Defendant STA merged with and into SEA, and therefore, STA ceased to exist as a separate corporate entity.

Dated: January 13, 2015            Respectfully submitted,

By: */s/ Allan Soobert*
    Allan M. Soobert
    PAUL HASTINGS LLP
    875 15th Street, N.W.
    Washington, D.C. 20005
    Telephone: 202-551-1700
    Facsimile: 202-551-1705
    allansoobert@paulhastings.com

    Elizabeth L. Brann
    Bob B. Chen
    PAUL HASTINGS LLP
    4747 Executive Drive, 12th Floor
    San Diego, CA 92121
    Telephone: 858-458-3000
    Facsimile: 858-458-3005
    elizabethbrann@paulhastings.com
    bobchen@paulhastings.com

    Melissa R. Smith
    Texas State Bar No. 24001351
    GILLAM & SMITH, LLP
    303 S. Washington Ave.
    Marshall, TX 75670
    Phone: 903-934-8450
    Fax: 903-934-9257
    melissa@gillamsmithlaw.com

    *Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                     */s/ Allan Soobert*
                                     Allan M. Soobert