# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS LLC,<br>      Plaintiff,<br>v.<br>AMAZON.COM, INC.,<br>      Defendant. | Civil Action No. 2:14-cv-00825-JRG-RSP<br><br>LEAD CONSOLIDATED CASE<br><br>Honorable Rodney Gilstrap |
| MULTIPLAYER NETWORK INNOVATIONS LLC,<br>      Plaintiff,<br>v.<br>ZTE CORPORATION and<br>ZTE (USA) INC.,<br>      Defendants. | Civil Action No. 2:14-cv-00844-JRG-RSP |

**DEFENDANT ZTE (USA) INC.'S NOTICE OF COMPLIANCE**

Pursuant to the Court's Docket Control Order [Dkt. No. 111], Defendant ZTE (USA) Inc. ("ZTE") hereby submits this Notice that on January 12, 2015, ZTE complied with the disclosure requirements under Patent Rules 3-3 and 3-4.

Dated: January 13, 2015

Respectfully submitted,

*/s/ Jacqueline M. Lee*
Everett McClyde Upshaw
Texas Bar No. 24025690
Email: everettupshaw@everettupshaw.com
Jacqueline Mikyoung Lee
Email: jacquelinelee@everettupshaw.com
**Upshaw PLLC**
811 S. Central Expressway, Suite 307

                                          Richardson, TX 75080
                                          Tel: 972-920-8000
                                          Fax: 972-920-8001
                                          **ATTORNEYS FOR DEFENDANT ZTE (USA) INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of January, 2015, with a copy of this document via CM/ECF systems per Local Rule CV-5(a)(3).

                                          */s/ Jacqueline M. Lee*