IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>AMAZON.COM, INC. <br><br>　　　　Defendant. | § § § § § § § § § § § § § | Case No. 2:14-cv-825-JRG-RSP <br> LEAD CASE |
| MULTIPLAYER NETWORK INNOVATIONS, LLC, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>IRON GALAXY STUDIOS, LLC, <br><br>　　　　Defendant. | § § § § § § § § § § § § | Case No. 2:14-cv-948-JRG-RSP |

**DEFENDANT IRON GALAXY STUDIOS, LLC'S NOTICE OF COMPLIANCE**

Defendant Iron Galaxy Studios, LLC ("Iron Galaxy") hereby notifies the Court that it served the disclosures required by Paragraphs 1 and 3 of the Discovery Order (Dkt. 112) on Plaintiff's counsel of record via electronic mail on January 13, 2015.

Dated:  January 13, 2015

Respectfully submitted,

 /s/ Todd G. Vare
Todd G. Vare
IN State Bar No. 18458-49
tvare@btlaw.com
BARNES & THORNBURG
1313 Merchants Bank Bldg.
11 South Meridian Street
Indianapolis, IN 46204
Tel: 317-231-7735
Fax: 317-231-7433

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Tel:  903-509-5000
Fax: 903-509-5092


ATTORNEYS FOR DEFENDANT
IRON GALAXY STUDIOS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 13, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a).

 /s/ Todd G. Vare
Todd G. Vare