# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** *Plaintiff,* v. **AMAZON.COM, INC.,** *Defendant*. | **Civil Action No. 2:14-cv-825 LEAD CASE** **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Michael Boardman, enters his appearance in this matter as counsel for Plaintiff, Multiplayer Network Innovations, LLC, for the purpose of receiving notices and orders from the Court.

Dated:  January 14, 2015

Respectfully submitted,

/s/ Michael Boardman
Marc A. Fenster, CA SB No. 181067
mfenster@rawklaw.com
Dorian S. Berger, CA SB No. 264424
dberger@raklaw.com
Daniel P. Hipskind, CA SB No. 266763
dhipskind@raklaw.com
Michael Boardman, CA SB No. 279153
mboardman@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Attorneys for Plaintiff,*
*Multiplayer Network Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 14th day of January, 2015.

/s/ Michael Boardman
Michael Boardman