**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant.* | **Civil Action No. 2:14-cv-825**<br><br>**LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**APPLE, INC.,**<br><br>*Defendant.* | **Case No. 2:14-CV-00826-JRG-RSP** |

## ORDER GRANTING PLAINTIFF MULTIPLAYER NETWORK INNOVATIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPLE INC'S MOTION TO TRANSFER VENUE

Pending before the Court is Plaintiff Multiplayer Network Innovations, LLC's ("MNI's") Unopposed Motion for Extension of Time to File Response to Apple Inc.'s Motion to Transfer Venue. The Court, having considered the Motion, is of the opinion that MNI's Motion should be GRANTED.

Accordingly, the deadline for MNI to file its Response to Apple Inc.'s Motion to Transfer

is extended up to and including January 28, 2015.

**SIGNED this 14th day of January, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE