IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** *Plaintiff,* v. **AMAZON.COM, INC.,** *Defendant.* | **Case No. 2:14-CV-825-JRG-RSP** **LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,** *Plaintiff,* v. **ELECTRONIC ARTS INC.,** *Defendant.* | **Civil Action No. 2:14-cv-947** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON FOR CONSIDERATION, Plaintiff Multiplayer Network Innovations, LLC's ("MNI's") Stipulation of Dismissal With Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The Court hereby GRANTS the stipulation as follows:

**(i)** all of MNI's claims in the action against Electronic Arts Inc. shall be dismissed with prejudice and

**(ii)** each Party shall bear its own costs, expenses and attorneys' fees.

The Clerk is ORDERED to close Case No. 2:14-cv-00947 but the lead case shall remain open.

**SIGNED this 15th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE