IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § | |
| Plaintiff | § | Civil Action No. 2:14-cv-825-RG |
| v. | | |
| AMAZON.COM, INC., | § | LEAD CASE |
| Defendant | § | |

| | | |
|---|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC, | § | |
| Plaintiff, | § | Civil Action No. 2:14-cv-843-JRG |
| v. | | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | § | |
| Defendant. | § | |

## TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S
## NOTICE OF COMPLIANCE

Pursuant to the Docket Control Order, and Discovery Order entered November 19, 2014, Toshiba America Information Systems, Inc. hereby notifies the court of its compliance with Local Rule PR 3-4 and 3-4.

DATED: January 19, 2015

Respectfully Submitted,

*/s/ Melvin R. Wilcox, III*
Melvin R. ("Trip") Wilcox, III
State Bar No. 21454800
YARBROUGH & WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX  75702
(903) 595-1133
Fax:  (903) 595-0191
mrw@yw-lawfirm.com

Michael J. Shea
Jeffry H. Nelson
Jonathan T. Reavill
NIXON & VANDERHYE, P.C.
901 North Glebe Road
11th Floor
Alexandria, VA 22203
Telephone: 703-816-4000
Fax: 703-816-4100

Attorneys for Defendant,
Toshiba America Information
Systems, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2015 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by overnight delivery or first class mail this same date.

*/s/ Melvin R. Wilcox, III*
Melvin R. Wilcox, III