# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:14-CV-825 |
| **AMAZON.COM, INC.** | § § § § | LEAD CASE |
| Defendant. | § | |

## OL2, INC.'S NOTICE OF COMPLIANCE REGARDING P.R. 3-4(a) DISCLOSURES

Defendant OL2, Inc. hereby provides notice that on January 16, 2015, it served its P.R. 3-4(a) disclosures via electronic mail to Plaintiff's counsel.

DATED: January 19, 2015                Respectfully submitted,

                                         By: */s/ Melissa R. Smith*
                                             Melissa Richards Smith
                                             GILLIAM & SMITH LLP
                                             303 South Washington Avenue
                                             Marshall, TX 75670
                                             Telephone: (903) 934-8450
                                             Facsimile: (903) 934-9257
                                             Melissa@gilliamsmithlaw.com

                                             Edward Reines
                                             J. Jason Lang
                                             WEIL, GOTSHAL & MANGES LLP
                                             201 Redwood Shores Parkway
                                             Redwood Shores, CA 94065
                                             Telephone: (650) 802-3000
                                             Facsimile: (650) 802-3100
                                             edward.reines@weil.com
                                             jason.lang@weil.com

                                             ***Attorneys for Defendant OL2, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of January, 2015.

                                             */s/ Melissa R. Smith*
                                             Melissa R. Smith