# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>*Defendant.* | **Case No. 2:14-CV-825-JRG-RSP**<br>**LEAD CASE** |
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**IGT,**<br><br>*Defendant.* | **Case No. 2:14-CV-846-JRG-RSP** |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Multiplayer Network Innovations, LLC's claims in this action against Defendant International Game Technology ("IGT") shall be dismissed with prejudice, and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is ORDERED to close Case No. 2:14-cv-00846-JRG-RSP but the lead case shall remain open.

**SIGNED this 21st day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE