# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIPLAYER NETWORK INNOVATIONS, LLC )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>AMAZON.COM, INC. )<br>  Defendant. )<br> ) | Civil Action No. 2:14-cv-00825<br><br>(LEAD CASE) |
| MULTIPLAYER NETWORK INNOVATIONS, LLC )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>SAMSUNG ELECTRONICS CO., LTD. )<br>ET AL. )<br>  Defendants. ) | Civil Action No. 2:14-cv-00842 |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant Samsung Telecommunications America, LLC submitted by Plaintiff Multiplayer Network Innovations, LLC and Defendant Samsung Electronics America, Inc.

Pursuant to stipulation of the parties, it is hereby ordered that Defendant Samsung Telecommunications America, LLC is dismissed from this action without prejudice.

The Clerk is ORDERED to terminate Samsung Telecommunications America, LLC. from the instant case.

**SIGNED this 30th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE